FILED
2019 Apr-03 AM 11:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 7:18-cr-00466-LSC-TMP-1 |
| ) | |
| ZUKU KAWASI HILL, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF OPINION AND ORDER

The defendant has filed a motion to suppress. (Doc. 18.) The United States responded. (Doc. 20). The magistrate judge filed a report and recommendation, recommending that the motion be denied. (Doc. 23.) No objections were filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report (doc. 23) is due to be and hereby is ADOPTED, the recommendation is ACCEPTED. Consequently, the motion to suppress (doc. 18) is hereby DENIED.

1

**DONE** AND **ORDERED** ON APRIL 3, 2019.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704